JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI and IRS

**City** Chelmsford    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Tod Erickson    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) 22 Sandy Brook Lane Londonderry, NH

Birth date (Yr only): 1962   SSN (last4#): 8532   Sex: M   Race: White   Nationality: _____

Defense Counsel if known: Brian Quirk/Bill Christie    Address: Shaheen & Gordon, P.A.

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Mackenzie A. Queenin    Bar Number if applicable: 688114

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☑ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/4/2023    Signature of AUSA: *[signature]*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Tod Erickson

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. sec. 1343 | Wire Fraud | I |
| Set 2   26 U.S.C. sec. 7026(1) | Filing a False Tax Return | II |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____