AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | APPEARANCE |
|---|---|
| V. | |
| Tod Erickson | Case Number: 23-CR-10129-RWZ |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Tod Erickson

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☐ CJA Appointment
☐ Federal Public Defender
✔ Retained
☐ Pro Bono

| 5/18/2023 | Brian M. Quirk | Digitally signed by Brian M. Quirk<br>Date: 2023.05.18 16:26:10 -04'00' |
|---|---|---|
| Date | Signature | |
| | Brian M. Quirk, NH Bar 12526 | |
| | Print Name | Bar Number |
| | Shaheen & Gordon, P.A., P.O. Box 2703 | |
| | Address | |
| | Concord     NH     03302 | |
| | City     State     Zip Code | |
| | (603) 225-7262     (603) 225-5112 | |
| | Phone Number     Fax Number | |